IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO. CV420-082 |
| ) | |
| 2310 ALABAMA AVENUE SAVANNAH, ) | |
| GEORGIA 31404 and 2312 ALABAMA ) | |
| AVENUE SAVANNAH, GEORGIA 31404, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 15), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Claimant Monik Charlene Brinson's Notice of Claimant's Voluntary Dismissal (Doc. 10) is **GRANTED** and Claimant Brinson's claims, to the extent that any have been asserted, are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to amend the caption accordingly.

SO ORDERED this  16th  day of March 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA